**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 9, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No.  03-30435

In Re: KENNY D. KENNINGTON, SR.,

Debtor,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GEORGE W. CHAMBERS, III,

Appellant,

VERSUS

KENNY D. KENNINGTON, SR.,

Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
02-CV-1416

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM:*

After reviewing the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error.

AFFIRMED.

---

*Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.